# United States District Court
EASTERN DISTRICT OF WISCONSIN

MICHELLE MARIE O'HOWELL,

        Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 24-C-1648

GREGORY B. HUBER,

        Defendant.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this case is DISMISSED.

        Approved: s/ William C. Griesbach
                      WILLIAM C. GRIESBACH
                      United States District Judge

Dated: December 26, 2024

                      GINA M. COLLETTI
                      Clerk of Court

                      s/ Joleen M. Krings
                      (By) Deputy Clerk